# Exhibit D

| | |
|---|---|
| **From:** | Behrens, Allison (USAMOE) |
| **To:** | Mohammed Ahmed |
| **Cc:** | Madeline Dehart |
| **Subject:** | Khalaf |
| **Date:** | Friday, March 11, 2022 4:41:47 PM |

Mohammed,

Letting you know I uploaded 100 screenshots of the texts sent to Victim in USAFx.

This will be all the discovery for this week, although there is still quite a bit more, particularly forensics.

Allison

Allison H. Behrens
Assistant U.S. Attorney
Eastern District of Missouri
(314) 539-2200 (main)
(314) 539-7718 (direct)
(314) 410-0195 (cell)