# Exhibit E

# FEDERAL PUBLIC DEFENDER
## EASTERN DISTRICT OF MISSOURI

**NANCI H. McCARTHY**
FEDERAL PUBLIC DEFENDER

1010 MARKET STREET
SUITE 200
ST. LOUIS, MO 63101

**MOHAMMED G. AHMED**
ASSISTANT FEDERAL PUBLIC DEFENDER

(314) 241-1255
FAX: (314) 421-3177

May 5, 2022

Charles Christopher Lozano
2032 Hanley Rd, Ste 232
O'Fallon, MO 63368

Re: Hussein Khalaf

Dear Mr. Lozano,

    Please find enclosed a flash drive with our case file of Hussein Khalaf including pleadings, discovery, and notes. Its my understanding that the Government still needs to share the forensic evidence. Please call if you have any questions or concerns.

                              Respectfully Yours,

                              s/ Mohammed G. Ahmed